## Exhibit A

**Gas Claims**

| No. | Name of Claimant | Date Claim Filed | Filed Claim Number | Asserted Claim Amount[1] | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Secured | Admin[2] | Priority | Unsecured | Total | |
| 1. | 507 Capital, LLC | 5/13/2021 | 216 | - | - | - | $40,125.00 | $40,125.00 | As set forth in the complaint |
| 2. | 507 Summit, LLC | 3/23/2021 | 106 | - | $5,382,500.00 | - | - | $5,382,500.00 | As set forth in the complaint |
| 3. | Cetus Capital VI, L.P. | 3/23/2021 | 110 | - | $49,629.64 | - | - | $49,629.64 | As set forth in the complaint |
| 4. | Cetus Capital VI, L.P. | 3/23/2021 | 113 | - | $5,850,370.37 | - | - | $5,850,370.37 | As set forth in the complaint |
| 5. | Cetus Capital VI, L.P. | 5/13/2021 | 214 | - | - | $12,471,259.22 | - | $12,471,259.22 | As set forth in the complaint |
| 7. | Chase Lincoln First Commercial Corporation | 6/11/2021 | 335 | - | $30,038,950.00 | - | $42,600 | $30,081,550.00 | As set forth in the complaint |
| 8. | Citigroup Financial Products Inc. | 6/14/2021 | 385 | - | $15,088,289.00 | - | $383,950.00 | $15,472,239.00 | As set forth in the complaint |
| 9. | CrossingBridge Low Duration High Yield Fund | 3/23/2021 | 115 | - | $2,467,407.41 | - | - | $2,467,407.41 | As set forth in the complaint |
| 10. | CrossingBridge Low Duration High Yield Fund | 5/13/2021 | 207 | - | - | $2,930,000.00 | - | $2,930,000.00 | As set forth in the complaint |
| 11. | Destinations Global Fixed Income Opportunities Fund | 5/13/2021 | 213 | - | - | $9,959,000.00 | - | $9,959,000.00 | As set forth in the complaint |
| 12. | Destinations Low Duration Fixed Income Fund | 3/23/2021 | 114 | - | $4,493,333.33 | - | - | $4,493,333.33 | As set forth in the complaint |
| 13. | Destinations | 5/13/2021 | 208 | - | - | $6,027,000.00 | - | $6,027,000.00 | As set forth in |

[1] Information is obtained from the claims register maintained at case.stretto.com/Brazos/claims/.

[2] The distinction between administrative and priority claims in this chart reflects how the claims were designated by the claimants.

| No. | Name of | Date | Filed | Asserted Claim Amount[1] | | | | Reason for |
|-----|---------|------|-------|---|---|---|---|-----------|
| | Low Duration Fixed Income Fund | | | | | | | the complaint |
| 14. | Koch Energy Services LLC | 6/10/2021 | 319 | - | $3,039,125.00 | - | $175,550.00 | $3,214,675.00 | As set forth in the complaint |
| 15. | Leaffilter North Holdings, Inc. | 3/23/2021 | 110 | - | $471,111.11 | - | - | $471,111.11 | As set forth in the complaint |
| 16. | Leaffilter North Holdings, Inc. | 5/13/2021 | 210 | - | - | $473,000.00 | - | $473,000.00 | As set forth in the complaint |
| 17. | NJR Energy Services Co. | 4/8/2021 | 167 | - | $26,079,125.00 | - | - | $26,079,125.00 | As set forth in the complaint |
| 18. | OFM II, LP | 3/23/2021 | 108 | - | $433,703.70 | - | - | $433,703.70 | As set forth in the complaint |
| 19. | OFM II, LP | 3/23/2021 | 110 | - | $185,925.92 | - | - | $185,925.92 | As set forth in the complaint |
| 20. | OFM II, LP | 3/23/2021 | 114 | - | $2,246,666.67 | - | - | $2,246,666.67 | As set forth in the complaint |
| 21. | OFM II, LP | 3/23/2021 | 115 | - | $1,233,703.70 | - | - | $1,233,703.70 | As set forth in the complaint |
| 22. | OFM II, LP | 5/13/2021 | 215 | - | - | $8,666,468.28 | - | $8,666,468.28 | As set forth in the complaint |
| 23. | OU 2 LLC | 3/23/2021 | 108 | - | $867,407.41 | - | - | $867,407.41 | As set forth in the complaint |
| 24. | OU 2 LLC | 5/13/2021 | 211 | - | - | $875,000.00 | - | $875,000.00 | As set forth in the complaint |
| 25. | RiverPark Short Term High Yield | 3/23/2021 | 113 | - | $11,700,740.74 | - | - | $11,700,740.74 | As set forth in the complaint |
| 26. | RiverPark Short Term High Yield | 5/13/2021 | 206 | - | - | $13,958,000.00 | - | $13,958,000.00 | As set forth in the complaint |
| 27. | RiverPark Strategic Income Fund | 5/13/2021 | 212 | - | - | $5,778,000.00 | - | $5,778,000.00 | As set forth in the complaint |
| 28. | Total Gas & Power North America, Inc. | 6/14/2021 | 350 | - | $5,344,400.00 | - | - | $5,344,400.00 | As set forth in the complaint |
| 29. | Two Seas Global (Master) Fund LP | 3/23/2021 | 106 | - | $2,000,000.00 | - | - | $2,000,000.00 | As set forth in the complaint |