B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

__Southern__ District Of __Texas__

In re _Brazos Electric Power Cooperative, Inc._ ) Case No. _21-30725_
  Debtor )
  ) Chapter _11_
  )
_Brazos Electric Power Cooperative, Inc._ )
  Plaintiff )
  )
  v. ) Adv. Proc. No. _21-04407_
  )
_507 Capital LLC_ )
  Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

  Address of the clerk: United States Bankruptcy Court
           515 Rusk Avenue
           Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

  Name and Address of Plaintiff's Attorney: Ronald L. Oran, Jr.
                   FOLEY & LARDNER, LLP
                   1000 Louisiana St., Suite 2000
                   Houston, TX  77002

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                          _____ (Clerk of the Bankruptcy Court)

Date: _____  By: _____(Deputy Clerk)