B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

__Southern__ District Of __Texas__

In re __Brazos Electric Power Cooperative, Inc.__ ,  ) Case No. __21-30725__
       Debtor  )
  ) Chapter __11__
  )
__Brazos Electric Power Cooperative, Inc.__ )
       Plaintiff )
  )
       v. ) Adv. Proc. No. __21-04407__
  )
__Two Seas Global (Master) Fund LP__ )
       Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk: United States Bankruptcy Court
    515 Rusk Avenue
    Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney: Ronald L. Oran, Jr.
    FOLEY & LARDNER LLP
    1000 Louisiana St., Suite 2000
    Houston, TX 77002

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: __December 3, 2021__

*s/ Jacqueline Mata*
*Signature of Clerk or Deputy Clerk*

## CERTIFICATE OF SERVICE

I, Ronald J. Oran, Jr., certify service of this summons and a copy of the complaint was made December 7, 2021, by electronic means which was consented to in writing by the party being served, to:

Two Seas Global (Master) Fund LP
c/o Jeffrey Chubak
Amini LLC
131 West 35th Street, 12th Floor
New York, NY 10605
Email: jchubak@aminillc.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: December 9, 2021          Signature: */s/ Ronald J. Oran, Jr.*

Print Name:          Ronald J. Oran, Jr.

Business Address:    Foley & Lardner LLP
                     1000 Louisiana Street, Suite 2000
                     Houston, TX  77002