IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>507 Capital LLC; 507 Summit LLC; Cetus Capital VI, L.P.; Chase Lincoln First commercial Corporation; Citigroup Financial Productions Inc.; CrossingBridge Low Duration High Yield Fund; Destinations Global Fixed Income Opportunities Fund; Destinations Low Duration Fixed Income Fund; Koch Energy Services LLC; Leaffilter North Holdings, Inc.; NJR Energy Services Co.; OFM II, LP; OU 2 LLC; RiverPark Short Term High Yield; RiverPark Strategic Income Fund; Total Gas & Power North America, Inc.; and Two Seas Global (Master) Fund LP,,<br><br>Defendants. | Adv. Proc. No. 21-04407 (DRJ) |

**NOTICE OF APPEARANCE UNDER
FED. R. BANK. P. 9010(b), REQUEST FOR ALL COPIES
PURSUANT TO FED. R. BANKR. P. 2002 AND REQUEST FOR
ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(a)**

The Official Committee of Unsecured Creditors (the "Committee") requests that all notices

given or required to be given and all papers served or required to be served by U.S. Mail and by

email in the above-captioned cases be given to and served upon:

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

13176568

John F. Higgins
M. Shane Johnson
Megan Young-John
**Porter Hedges LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6248 (fax)
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

and

Thomas Moers Mayer*
Amy Caton*
Jennifer Sharret*
John P. Coffey*
Ronald S. Greenberg*
Jeffrey S. Trachtman*
Karen S. Kennedy*
Seth F. Schinfeld*
**Kramer Levin Naftalis & Frankel LLP**
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
(212) 715-8000 (fax)
tmayer@kramerlevin.com
acaton@kramerlevin.com
jsharret@kramerlevin.com
jcoffey@kramerlevin.com
rgreenberg@kramerlevin.com
jtrachtman@kramerlevin.com
kkennedy@kramerlevin.com
sschinfeld@kramerlevin.com

**Admitted Pro Hac Vice*

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of title 11 of the United States Code or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court

in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of the Committee's substantive or procedural rights, including without limitation, the Committee's rights: (i) to have final orders in noncore matters entered only after de novo review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Bankruptcy Rule 7004 and Rule 4 of the Federal Rules of Civil Procedure, or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

13176568

Respectfully submitted this 13th day of December 2021.

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins, State Bar No. 09597500
M. Shane Johnson, State Bar No. 24083263
Megan Young-John, State Bar No. 24088700
1000 Main Street, 36th Floor
Houston, Texas   77002-2764
Telephone:  (713) 226-6000
Facsimile:  (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and –

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer*
Amy Caton*
Jennifer Sharret*
John P. Coffey*
Ronald S. Greenberg*
Jeffrey S. Trachtman*
Karen S. Kennedy*
Seth F. Schinfeld*
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
(212) 715-8000 (fax)
tmayer@kramerlevin.com
acaton@kramerlevin.com
jsharret@kramerlevin.com
jcoffey@kramerlevin.com
rgreenberg@kramerlevin.com
jtrachtman@kramerlevin.com
kkennedy@kramerlevin.com
sschinfeld@kramerlevin.com

*Admitted Pro Hac Vice*

***COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS***

13176568

## **CERTIFICATE OF SERVICE**

   This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on December 13, 2021.

                /s/ *John F. Higgins*
                John F. Higgins

13176568