United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 06, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>        Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>507 Capital LLC; 507 Summit LLC; Cetus Capital VI, L.P.; Chase Lincoln First Commercial Corporation; Citigroup Financial Products Inc.; CrossingBridge Low Duration High Yield Fund; Destinations Global Fixed Income Opportunities Fund; Destinations Low Duration Fixed Income Fund; Koch Energy Services LLC; Leaffilter North Holdings, Inc.; NJR Energy Services Co.; OFM II, LP; OU 2 LLC; RiverPark Short Term High Yield; RiverPark Strategic Income Fund; Total Gas & Power North America, Inc.; and Two Seas Global (Master) Fund LP,<br><br>        Defendants. | Adv. Proc. No. 21-04407(DRJ)<br><br><br><br><br><br><br><br><br><br><br><br>(Docket No. 27) |

**STIPULATION AND AGREED ORDER SETTING SCHEDULE FOR RESPONDING
TO THE DEBTOR'S COMPLAINT**

    **WHEREAS**, on November 22, 2021, Brazos Electric Power Cooperative, Inc. ("Brazos

Electric" or the "Debtor") filed its omnibus objection and complaint (the "Complaint") objecting

to the amounts and classification of the proofs of claim filed by 507 Capital LLC (216); 507

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of its federal tax identification number is Brazos Electric Power Cooperative, Inc. (4729).  Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos.  The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

Summit LLC (106); Cetus Capital VI, L.P. (113, 110, 214); Chase Lincoln First Commercial Corporation (335); Citigroup Financial Products Inc. (385); CrossingBridge Low Duration High Yield Fund (115, 207); Destinations Global Fixed Income Opportunities Fund (213); Destinations Low Duration Fixed Income Fund (114, 208); Koch Energy Services LLC ("Koch") (319); Leaffilter North Holdings, Inc. (110, 210); NJR Energy Services Company ("NJRES") (167); OFM II, LP (108, 110, 114, 115, 215); OU 2 LLC (211); RiverPark Short Term High Yield (113, 206); RiverPark Strategic Income Fund (212); Total Gas & Power North America, Inc. ("Total") (350); and Two Seas Global (Master) Fund LP (106)   (collectively the "Gas Claimants").[2]

WHEREAS, counsel for the Debtor and the Gas Claimants wish to set a schedule for responding to the Complaint and briefing any motions that may be filed in response to the Complaint;

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED:**

1.  Counsel for each of the respective Gas Claimants agrees to accept service of the Complaint and related summons via email.

2.  The Gas Claimants' responses to the Complaint shall be filed and served via e-mail on of before January 7, 2022.

3.  The Debtor's response to any motions filed by the Gas Claimants in response to the Complaint shall be filed and served via e-mail by February 7, 2022.

4.  Any related reply briefs shall be filed and served via e-mail by March 2, 2022.

5.  This Stipulation and Agreed Order is immediately effective upon entry by the Court.

---

[2] Numbers in the parentheticals denote the claim number in the Debtor's official Claims Register.

6.   Neither this Stipulation and Agreed Order nor any of its terms may be modified, altered, amended or waived, except in writing signed by the Parties hereto and approved by the Court.

7.   This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation and Agreed Order, and the undersigned parties (on behalf of their respective clients) hereby consent to such jurisdiction solely for the purpose of resolving any disputes or controversies arising from or related to this Stipulation and Agreed Order.

**IT IS SO ORDERED**

Signed:  **January 05, 2022.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

3

**AGREED TO BY:**

**FOLEY & LARDNER, LLP**

*/s/ Ronald L. Oran, Jr.*
Ronald L. Oran, Jr.
State Bar No. 24072268
Email: *roran@foley.com*
Drake Lawsage
State Bar No. 24102070
Email: *dlawsage@foley.com*
Jennifer N. Huckleberry
State Bar No. 24118414
Email: *jhuckleberry@foley.com*
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Telephone: 713.276.5500
Facsimile: 713.276.5555

-and-

Holland N. O'Neil
State Bar No. 14864700
Email: *honeil@foley.com*
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: 214.999.4961
Facsimile: 214.999.4667

-and-

Timothy C. Mohan
State Bar No. 50559
Email: *tmohan@foley.com*
600 17th Street, Suite 2020S
Denver, CO 80202
Telephone: 720.437.2000
Facsimile: 720.437.2200

**SPECIAL COUNSEL AND CONFLICTS
COUNSEL TO THE DEBTOR**

**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**

/s/ *Jane VanLare*
John Veraja
Jane VanLare
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
jveraja@cgsh.com
jvanlare@cgsh.com

-and-

**AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING PC**

Demetrios Anaipakos
State Bar No. 00793258, Federal I.D. 20323
Monica Uddin
State Bar No. 24075195 Federal I.D. 1138459
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062
danaipakos@azalaw.com
muddin@azalaw.com

**COUNSEL TO TOTAL GAS & POWER
NORTH AMERICA, INC.**

**GIBBONS P.C.**

*/s/ Mark B. Conlan*
Robert K. Malone (*admitted pro hac vice*)
Mark B. Conlan (Bar No. NJ0270120)
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0405
rmalone@gibbonslaw.com
mconlan@gibbonslaw.com

**ATTORNEYS FOR NJR ENERGY
SERVICES COMPANY**

4

**AMINI LLC**

/s/ *Jeffrey Chubak*
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, NY 10001
Telephone: (212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com

**COUNSEL TO 507 CAPITAL LLC; 507
SUMMIT LLC; CETUS CAPITAL VI, L.P.;
CROSSINGBRIDE LOW DURATION HIGH
YIELD FUND; DESTINATIONS GLOBAL
FIXED INCOME OPPORTUNITIES FUND;
DESTINATIONS LOW DURATION FIXED
INCOME FUND; LEAFFILTER NORTH
HOLDINGS, INC.; OFM II, LP; OU 2, LLC;
RIVERPARK SHORT TERM HIGH YIELD
FUND; RIVERPARK STRATEGIC INCOME
FUND; AND TWO SEAS GLOBAL (MASTER)
FUND LP**

**YETTER COLEMAN LLP**

/s/ *Bryce L. Callahan*
Bryce L. Callahan
811 Main Street, Suite 4100
Houston, TX 77002
Telephone: (713) 632-8000
bcallahan@yettercoleman.com

- and –

**KATTEN MUCHIN ROSENMANN LLP**

/s/ *Bryce L. Callahan*
John E. Mitchell
Yelena E. Archiyan
2121 North Pearl St., Ste. 1100
Dallas, TX 75201
Houston, TX 77002
Telephone: (214) 765-3600
Yelena.archiyan@katten.com
John.mitchell@katten.com

**COUNSEL TO ETC MARKETING, LTD.**

**ALSTON & BIRD LLP**

/s/ *David Wender*
David Wender
1201 W Peachtreet Street
Atlanta, GA 30309
Telephone: (404) 881-7354
david.wender@alston.com

**COUNSEL TO CHASE LINCOLN FIRST
COMMERCIAL CORPORATION AND
KOCH ENERGY SERVICES LLC**

**BRACEWELL LLP**

/s/ *Robert G. Burns*
Robert G. Burns
1251 Avenue of the Americs, 49th Floor
New York, NY 10020
Telephone: (212) 508-6100
Robert.burns@bracewell.com

- and –

Mark E. Dendinger
CityPlace I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 947-9000
Mark.dendinger@bracewell.com

**COUNSEL TO TENASKA MARKETING
VENTURES**

4854-2821-2996.2