**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br>                    Plaintiff,<br><br>v.<br><br>507 CAPITAL, LLC, et al.,<br>                    Defendants. | Adv. Proc. No. 21-04407 (DRJ) |

**ORDER GRANTING MOTION TO DISMISS ADVERSARY
COMPLAINT OF DEFENDANTS 507 CAPITAL LLC, 507 SUMMIT
LLC, CETUS CAPITAL VI, L.P., CROSSINGBRIDGE LOW DURATION
HIGH YIELD FUND, DESTINATIONS GLOBAL FIXED INCOME OPPORTUNITIES
FUND, DESTINATIONS LOW DURATION FIXED INCOME FUND, LEAFFILTER
NORTH HOLDINGS, INC., OFM II, LP, OU 2 LLC, RIVERPARK SHORT
TERM HIGH YIELD FUND, RIVERPARK STRATEGIC INCOME
<u>FUND AND TWO SEAS GLOBAL (MASTER) FUND LP</u>**

Before the Court is the motion to dismiss the adversary complaint of Defendants 507 Capital LLC, 507 Summit LLC, Cetus Capital VI, L.P., CrossingBridge Low Duration High Yield Fund, Destinations Global Fixed Income Opportunities Fund, Destinations Low Duration Fixed Income Fund, Leaffilter North Holdings, Inc., OFM II, LP, OU 2 LLC, RiverPark Short Term High Yield Fund, RiverPark Strategic Income Fund and Two Seas Global (Master) Fund LP (together, the "<u>Moving Defendants</u>").  Having considered the motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that the motion is granted, and the adversary complaint is hereby dismissed as against the Moving Defendants.