IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br>Plaintiff,<br><br>v.<br><br>507 CAPITAL LLC, et al.,<br>Defendants.[1] | Adv. Proc. No. 21-04407 (DRJ) |

**WITNESS AND EXHIBIT LIST FOR MAY 11, 2022 HEARING
OF DEFENDANTS 507 CAPITAL LLC, 507 SUMMIT LLC, CETUS
CAPITAL VI, L.P., CROSSINGBRIDGE LOW DURATION HIGH YIELD
FUND, DESTINATIONS GLOBAL FIXED INCOME OPPORTUNITIES FUND,
DESTINATIONS LOW DURATION FIXED INCOME FUND, LEAFFILTER
NORTH HOLDINGS, INC., OFM II, LP, OU 2 LLC, RIVERPARK SHORT
TERM HIGH YIELD FUND, RIVERPARK STRATEGIC INCOME
FUND AND TWO SEAS GLOBAL (MASTER) FUND LP**
[Relates to Dkt. Nos. 33 and 57]

**WITNESSES:**

1. Any person listed on the witness list of any other party; and

2. Any rebuttal and/or impeachment witness.

Judge: Hon. David R. Jones, Courtroom 400

Hearing Date: May 11, 2022

Hearing Time: 2:00 p.m. (Central)

Parties' Names: 507 Capital LLC, 507 Summit LLC, Cetus Capital VI, L.P., CrossingBridge Low Duration High Yield

---

[1] The Defendants in this adversary proceeding are: 507 Capital LLC, 507 Summit LLC, Cetus Capital VI, L.P., Chase Lincoln First Commercial Corporation, Citigroup Financial Products Inc., CrossingBridge Low Duration High Yield Fund, Destinations Global Fixed Income Opportunities Fund, Destinations Low Duration Fixed Income Fund, Koch Energy Services LLC, Leaffilter North Holdings, Inc., NJR Energy Services Co., OFM II, LP, OU 2 LLC, RiverPark Short Term High Yield Fund, RiverPark Strategic Income Fund, Total Gas & Power North America, Inc. and Two Seas Global (Master) Fund LP.

Fund, Destinations Global Fixed Income Opportunities Fund, Destinations Low Duration Fixed Income Fund, Leaffilter North Holdings, Inc., OFM II, LP, OU 2 LLC, RiverPark Short Term High Yield Fund, RiverPark Strategic Income Fund and Two Seas Global (Master) Fund LP

<u>Attorneys' Names</u>: Robert M. Corn and Jeffrey Chubak

<u>Attorneys' Phone</u>: (713) 229-0055

<u>Nature of Proceeding</u>: Hearing on motion to dismiss adversary complaint

**EXHIBITS:**

| Ex. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Debtor's Schedules of Assets and Liabilities [Dkt. No. 33-1] | | | | |
| 2 | Declaration of Clifton Karnei [Dkt. No. 33-2] | | | | |
| 3 | Proof of claim annexing NAESB Contract with Concord Energy LLC, messages and invoice [Dkt. No. 33-3] | | | | |
| 4 | Proof of claim annexing NAESB Contract with Mercuria Energy America, Inc. and Invoice [Dkt. No. 33-4] | | | | |
| 5 | PUCT Order signed February 15, 2021 [Dkt. No. 33-5] | | | | |
| 6 | PUCT Order signed February 16, 2021 [Dkt. No. 33-6] | | | | |
| 7 | Texas House Bill Analysis, H.B. 1520, dated May 21, 2021 [Dkt. No. 33-7] | | | | |
| 8 | NGPL Pipeline Map [Dkt. No. 57-1] | | | | |

The defendants on whose behalf this witness and exhibit list is being submitted reserve the right to amend or supplement it at any time prior to the hearing.  Said defendants also reserve the right to rely upon and use as evidence exhibits included on the exhibit lists of any other party and any pleading, hearing transcript or other document filed with the Court in the above-captioned case or proceeding.

Dated: May 4, 2022                                             Respectfully submitted,

                                                                          /s/  Robert M. Corn
                                                                                 Robert M. Corn
                                                                                 Southern District of Texas Bar No. 2064
                                                                                 State Bar of Texas No. 0482600
                                                                          3131 Eastside Street, Suite 440
                                                                          Houston, Texas 77098-1947
                                                                          Tel: (713) 229-0055
                                                                          Fax: (713) 229-0057
                                                                          rcorn@corn-law.com

Of counsel:

Avery Samet
Jeffrey Chubak (pro hac vice)
Amini LLC
131 West 35th Street, 12th Floor
New York, New York 10001
Tel: (212) 490-4700
Fax: (212) 497-8222
asamet@aminillc.com
jchubak@aminillc.com

                                                                          Attorneys for Defendants 507 Capital LLC, 507 Summit LLC, Cetus Capital VI, L.P., CrossingBridge Low Duration High Yield Fund, Destinations Global Fixed Income Opportunities Fund, Destinations Low Duration Fixed Income Fund, Leaffilter North Holdings, Inc., OFM II, LP, OU 2 LLC, RiverPark Short Term High Yield Fund, RiverPark Strategic Income Fund and Two Seas Global (Master) Fund LP

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2022, a true and correct copy of the foregoing document was served upon all counsel of record using the Court's electronic filing system.

/s/  Robert M. Corn
Robert M. Corn