Electronic Appearance Sheet

Thomas Moers Mayer, Kramer Levin Naftalis & Frankel LLP
Client(s): The Official Committee of Unsecured Creditors

Jennifer Sharret, Kramer Levin Naftalis & Frankel LLP
Client(s): The Official Committee of Unsecured Creditors

Nancy Bello, Kramer Levin Naftalis & Frankel LLP
Client(s): The Official Committee of Unsecured Creditors

Marc Taubenfeld, McGuire, Craddock & Strother, PC
Client(s): Regions Bank, as Indenture Trustee

John Higgins, Porter Hedges LLP
Client(s): Official Committee of Unsecured Creditors

Louis Strubeck, O'Melveny & Myers LLP
Client(s): Brazos Electric

Matthew Troy, USDOJ Civil Division
Client(s): RUS

Holland O'Neil, Foley & Lardner LLP
Client(s): Special Counsel and Conflicts Counsel to Brazos Electric Power Cooperative, Inc.

Ronald Oran, Foley & Lardner LLP
Client(s): Special Counsel and Conflicts Counsel to Brazos Electric Power Cooperative, Inc.

Robert Burns, Bracewell LLP
Client(s): Tenaska Marketing Ventures

Quinette Bonds, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Jane VanLare, Cleary Gottlieb Steen & Hamilton
Client(s): TotalEnergies

Soo Min Kim, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Michaela Crocker, Katten Muchin
Client(s): ETC Marketing

Jane  VanLare, Cleary Gottlieb Steen and Hamilton
Client(s): TotalEnergies in Adversary Proceeding

Melissa Harris, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Electronic Appearance Sheet

Andrea Wong, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Bradley Benoit, Bracewell
Client(s): Tenaska Marketing Ventures

Heather Hatfield, Porter Hedges LLP
Client(s): UCC